UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE LIM,

                Plaintiff,

-against-

CREDIT AGRICOLE AMERICA SERVICES INC.,

                Defendant.

23-CV-6372 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      As discussed at the October 15, 2024 conference, the Court denies Plaintiff's motion to reopen Defendant's 30(b)(6) deposition. Plaintiff failed to demonstrate that the witness was inadequately prepared to testify regarding the only topic Plaintiff designated.

      The Court sets the following schedule for summary judgment briefing: (1) any motion for summary judgment by January 10, 2025; (2) any opposition by February 7, 2025; and (3) any reply by February 21, 2025.

      The Clerk of Court is directed to terminate ECF No. 28.

Dated: October 16, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge